# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>JOHNNY TYRONE HUFFMAN, JR.<br><br>Defendant. | CR-21-10-H-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on September 25, 2025. (Doc. 72.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 24, 2025 (Doc. 70.) The United States accused Johnny Tyrone Huffman, Jr. (Huffman) of violating the conditions of his supervised release

by: (1) committing the misdemeanor offense of Family Member or Partner Assault in violation of Mont. Code Ann. § 45-5-206(1)(a) and/or (1)(c) ; (2) failing to follow the instructions of his probation officer by traveling outside the city limits of Helena, Montana and by having contact with K.M., an adult female on August 18, 2025 and September 16, 2025; and (3) failing to follow the instructions of his probation officer by having contact with K.M., an adult female on several occasions between September 19th-September 23rd, 2025. (Docs. 49 and 65.)

At the revocation hearing, Huffman admitted that he had violated the conditions of supervised release as set forth as part of allegation (2) in the Amended Petition. Specifically, Huffman admitted that he had traveled outside the city limits of Helena, Montana on September 16, 2025 and had contact with K.M., an adult female, on that date. The Government moved to dismiss allegations (1), which the Court granted. Judge Johnston did not consider allegation (3) in imposing sentence. Judge Johnston found that violation Huffman admitted proves serious and warrants revocation of his supervised release and recommends a term of custody of 6 months with 12 months supervised release to follow. (Doc. 72.)

The violation proves serious and warrant revocation of Huffman's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 68) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Johnny Tyrone Huffman, Jr. be sentenced for a term of custody of 6 months, with 12 months of supervised release to follow.

DATED this 16th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts