IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY TYRONE HUFFMAN, JR.,<br><br>Defendant. | CR 21-10-GF-BMM-JTJ<br><br>FINDINGS AND<br>RECOMMENDATIONS |

## I.    Synopsis

Defendant Johnny Tyrone Huffman Jr. (Huffman) has been accused of violating conditions of his supervised release. (Doc. 77).  Huffman admitted the alleged violation. Huffman's supervised release should be revoked. Huffman should be sentenced to custody for 7 months, with no term of supervised release to follow.

## II.    Status

On August 29, 2022, Huffman pleaded guilty to the offense of Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) as charged in Count 1 of the Indictment.  (Doc. 28).  The Court sentenced Huffman to Time Served followed by 3 years of supervised release.  (Doc. 44). Huffman's current term of supervised release began on February 26, 2026.

**Petition**

On March 17, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Huffman's supervised release. (Doc. 77). The Petition alleged Huffman violated conditions of his supervised release by: (1) committing the misdemeanor offense of Theft in violation of Mont. Code Ann. § 45-6-301 on March 3, 2026.

**Initial Appearance**

Huffman appeared before the Court on March 24, 2026.  Huffman was represented by counsel.  Huffman stated that he had read the Petition and that he understood the allegations against him.  Huffman waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on March 24, 2026.  Huffman admitted that he had violated the conditions of supervised release as set forth in the Petition.  Huffman's admitted violation is serious and warrant revocation of his supervised release.

**Sentencing hearing**

Huffman appeared before the Court on March 24, 2026. Huffman's violation is Grade C.  His criminal history category is III.  Huffman's underlying offense is a

Class C felony.  Huffman could be incarcerated for up to 24 months.  Huffman could be ordered to remain on supervised release for 12 months, less any custody time imposed.  The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Huffman's supervised release should be revoked.  Huffman should be sentenced to custody for 7 months, with no term of supervised release to follow. This sentence is sufficient but not greater than necessary.

### Conclusion

The Court informed Huffman that the above sentence would be recommended to Chief United States District Judge Brian Morris.  The Court also informed Huffman of his right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Huffman that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That JOHNNY TYRONE HUFFMAN, JR. has violated the conditions of his supervised release by: (1) committing the misdemeanor offense of Theft, in violation of  Mont. Code Ann. § 45-6-301 on March 3, 2026.

The Court **RECOMMENDS:**

That the District Court revoke Huffman's supervised release and sentence Huffman to custody for 7 months, with no term of supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 25th day of March 2026.

John Johnston
United States Magistrate Judge