# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JOHNNY TYRONE HUFFMAN, JR.,<br><br>Defendant. | CR-21-10-H-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 25, 2026. (Doc. 84.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on March 24, 2026. (Doc. 80.) The United States accused Johnny Huffman, Jr. (Huffman) of violating the conditions of his supervised release by: (1) committing the misdemeanor offense of Theft in violation of Mont. Code Ann. § 45-6-301 on March 3, 2026. (Doc. 77.)

At the revocation hearings, Huffman admitted that he had violated condition 1 of his supervised release as set forth the Petition. Judge Johnston recommended a sentence of custody of 7 months with no supervised release to follow. (Doc. 84.) The Court advised Huffman of his right to appeal and to allocute before the undersigned.  (Doc. 80.)

The violation Huffman admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 84) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Johnny Tyrone Huffman, Jr. be sentenced for a term of custody 7 months, with no supervised release to follow.

DATED this 9th day of April 2026.


_____
Brian Morris, Chief District Judge
United States District Courts